IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. B-06-827 |
| ALONSO DOMINGUEZ-CASTORENA | § | |

## O R D E R

BE IT REMEMBERED on this 4th day of January, 2007 the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed September 27, 2006, wherein the defendant Alonso Dominguez-Castorena waived appearance before this Court and appeared before the United States Magistrate Judge John Wm. Black for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Alonso Dominguez-Castorena to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. **The Court finds the Defendant Alonso Dominguez-Castorena guilty of the offense of alien unlawfully found in the United States after deportation, having been convicted of an aggravated felony, in violation of 8 U.S.C. § 1326(a) and (b).**

SIGNED this the 4th day of January, 2007.

Andrew S. Hanen
United States District Judge